# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Grandy, Laura K. | Bankruptcy Court - Southern Illinoia | 05/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Melvin Price Federal Building
United States Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 03/02/2010 | Mathis, Marifian & Richter Ltd. See Note in Part VIII |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 05/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Court | 05/13/19 | Milwaukee, WI | Seventh Circuit Judical Conference | 1,492.16 |
| 2. | Bankruptcy Association of Southern Illinois | 04/25/19-04/26/19 | O'Fallon, IL | Food & Misc-Annual Judge's Dinner on behalf of BASIL. Misc is for "goody bags" | 1,780.81 |
| 3. | National Conference of Bankruptcy Judges | 10/29/19-11/02/19 | Washington, DC | National Conference of Bankruptcy Judges | 1,039.00 |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 05/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of Springfield | Mortgage - Pineywood Property | K |
| 2. Bank of Belleville | Mortgage on building by MMRG Building LLC | P1 |
| 3. Bank of America | Mortgage on rental home- St. George Island, FL | O |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Northwestern Mutual Variable Annuity (H) | | | | | | | | | |
| 2.   International Equity Franklin Tpl | | None | K | T | | | | | See Note in Part VIII |
| 3.   Small Cap Growth Wellington | | None | K | T | | | | | See Note in Part VIII |
| 4.   International Developed Markets Formerly Russell Non-US | | None | K | T | | | | | See Note in Part VIII |
| 5.   Domestic Equity Delaware Mgmt | | None | K | T | | | | | See Note in Part VIII |
| 6.   Focused Appreciation Janus | | None | K | T | | | | | See Note in Part VIII |
| 7.   Equity Income T Rowe Price | | None | K | T | | | | | See Note in Part VIII |
| 8.   Northwestern Mutual 65 Life Insurance Policy | C | Dividend | M | T | | | | | |
| 9.   Northwestern Mutual Variable CompLife Insurance Policy | B | Dividend | M | T | | | | | |
| 10.   Raymond James Trust U/A dtd 07/02/98 (H) | | | | | | | | | |
| 11.   Apple Inc (APPL) | B | Dividend | M | T | | | | | |
| 12.   First Eagle Global Fund A (SGENX) | D | Dividend | M | T | | | | | |
| 13.   Fed Kaufmann Large Cap A (KLCAX) Formerly Kaufmann Lg Cap C (KLCCX) | D | Dividend | M | T | | | | | See Note in Part VIII |
| 14.   Ivy Core Equity Fund (WCEAX) | D | Dividend | L | T | Sold (part) | 07/24/19 | J | C | |
| 15. | | | | | Sold (part) | 11/26/19 | K | D | |
| 16.   Raymond James (H) | | | | | | | | | |
| 17.   Federated Kaufmann Large Cap A (KLCAX) | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fundamental Investors Fund Class A (ANCFX) | D | Dividend | M | T | | | | | |
| 19. Federated Strategic Value (SVAAX) | C | Dividend | L | T | | | | | |
| 20. Lord Abbott Growth (LGLCX) | D | Dividend | L | T | | | | | |
| 21. American Funds Europacific (AEPFX) | A | Dividend | J | T | Sold (part) | 11/25/19 | J | B | |
| 22. AF American Mutual F2 (AMRFX) | A | Dividend | J | T | | | | | |
| 23. Champlain Mid Cap Fund (CIPIX) Formerly Champlain Mid Cap (CIPMX) | A | Dividend | J | T | | | | | See Note in Part VIII |
| 24. JPMorgan US Large Cap Core Plus (JLPSX) | B | Dividend | | | Sold | 08/13/19 | J | A | |
| 25. MFS Research Fund (MRFIX) | A | Dividend | J | T | | | | | |
| 26. T Rowe Price Sm Cap (PRSVX) | A | Dividend | J | T | | | | | |
| 27. Clearbridge Equity (SOPYX) | A | Dividend | J | T | Sold (part) | 11/22/19 | J | B | |
| 28. Wells FargoAdvantage Int (WFVIX) | A | Dividend | J | T | | | | | |
| 29. Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | | | | | |
| 30. John Hancock Disciplined Value (JVMIX) | A | Dividend | J | T | | | | | |
| 31. Metropolitan West Rtn Bond (MWTIX) | A | Dividend | K | T | Buy (add'l) | 02/05/19 | J | | |
| 32. Prudential Absolute (PADZX) | A | Dividend | J | T | | | | | |
| 33. Pioneer Fundamental Growth (PIGFX) | C | Dividend | L | T | | | | | |
| 34. Baird Aggregate Bond Fund Instl Class (BAGIX) | A | Dividend | J | T | Sold (part) | 11/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First TR Exchange Traded FD VI Dorsey Wright Focus (FV) | A | Dividend | K | T | | | | | |
| 36. Raymond James (H) | | | | | | | | | |
| 37. Cash/Money Market | A | Interest | J | T | | | | | |
| 38. Blackrock Global (MALOX) | B | Dividend | K | T | Sold (part) | 05/28/19 | K | A | |
| 39. Lord Abbott Bond (LBDFX) | A | Dividend | J | T | Sold (part) | 05/28/19 | J | A | |
| 40. Pineywoods, Swansea, IL (2001 $226,000) | | None | M | R | | | | | |
| 41. MMRG Building, Belleville, IL (2003 $370,000) | | None | N | R | | | | | |
| 42. Merrill Lynch (H) | | | | | | | | | |
| 43. Cash/Money Market Trust | A | Interest | K | T | | | | | |
| 44. Cash - IRA | A | Interest | J | T | | | | | |
| 45. Bank Deposit OPP | A | Interest | L | T | | | | | |
| 46. Danaher Corp DEL COM (CMCSA) | A | Dividend | K | T | | | | | |
| 47. Honeywell Intl Inc Del (HON) | A | Dividend | K | T | | | | | |
| 48. Loomis Sayles Growth (LSGRX) | A | Dividend | K | T | | | | | |
| 49. Bank of America Merrill Lynch Wealth Mgmt 68 | A | Interest | K | T | | | | | |
| 50. Bank of America Money Market Checking Acct 84 | A | Interest | K | T | | | | | |
| 51. AXA Equitable Life Ins Co Accumultor | | None | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Apple Inc (AAPL) | C | Royalty | N | T | | | | | |
| 53. Amazon Com Inc (AMZN) | | None | K | T | Sold (part) | 07/26/19 | K | E | |
| 54. | | | | | Sold (part) | 12/02/19 | K | D | |
| 55. Johnson & Johnson (JNJ) | A | Dividend | | | Sold | 06/26/19 | K | C | |
| 56. McDonald's Corp (MCD) | A | Dividend | K | T | | | | | |
| 57. Constellation Brands Inc (STZ) | A | Dividend | | | Buy (add'l) | 06/20/19 | J | | |
| 58. | | | | | Sold | 10/10/19 | J | C | |
| 59. AQR Managed Funds (AQMIX) | | None | | | Sold | 02/05/19 | J | A | |
| 60. Harding Loevner Emerg Markets Fund (HLEMX) | A | Dividend | J | T | | | | | |
| 61. Artisian International Fund (APDIX) | A | Dividend | J | T | | | | | |
| 62. NVIDIA (NVDA) | A | Dividend | | | Sold (part) | 02/14/19 | J | D | |
| 63. | | | | | Sold (part) | 03/07/19 | J | D | |
| 64. | | | | | Sold (part) | 03/13/19 | J | D | |
| 65. | | | | | Sold | 05/29/19 | J | D | |
| 66. Facebook (FB) | | None | K | T | | | | | |
| 67. Mastercard (MA) | A | Dividend | K | T | | | | | |
| 68. Federated Kaufman (KAUIX) | C | Dividend | K | T | Buy (add'l) | 1/22/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. AIG Focused (FDSWX) | A | Dividend | J | T | Buy (add'l) | 1/22/19 | J | | |
| 70. Thornburg Intl Growth Class C (TIGCX) | A | Dividend | K | T | | | | | |
| 71. General Dynamics | A | Dividend | | | Sold (part) | 01/09/19 | J | A | |
| 72. | | | | | Sold | 03/13/19 | J | A | |
| 73. Waste Management (WM) | A | Dividend | J | T | Sold (part) | 11/29/19 | J | B | |
| 74. | | | | | Sold (part) | 12/18/19 | J | B | |
| 75. Health Care Select (XLV) | A | Dividend | | | Sold | 04/18/19 | K | D | |
| 76. Ishares NASDAQ Biotech (IBB) | | None | | | Sold (part) | 06/07/19 | J | A | |
| 77. | | | | | Sold | 06/17/19 | J | A | |
| 78. Lord Abbott Floating (LFRFX) | A | Dividend | | | Sold (part) | 02/05/19 | J | A | |
| 79. | | | | | Sold | 03/15/19 | J | A | |
| 80. Federated Kaufman Small Cap Class A (FKASX) | A | Dividend | L | T | | | | | |
| 81. Federated International Strategic Value Div (IVFAX) | C | Dividend | L | T | | | | | |
| 82. Loomis Sayles Growth (LSGRX) | A | Dividend | J | T | | | | | |
| 83. Advanced Micro (AMD | | None | L | T | | | | | |
| 84. Diageo PLC SPSD (DEO) | A | Dividend | K | T | Sold (part) | 08/30/19 | J | B | |
| 85. Kansas City Southern (KSU) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Kinder Morgan Inc Del (KMI) | A | Dividend | K | T | | | | | |
| 87.  Pepsico (PEP) | A | Dividend | K | T | Buy (add'l) | 11/29/19 | J | | |
| 88.  Royal Dutch Shell (RDSB) | A | Dividend | K | T | Buy (add'l) | 09/03/19 | J | | |
| 89.  VISA (V) | A | Dividend | K | T | Sold (part) | 12/18/19 | J | A | |
| 90.  XILINX Inc (XLNX) | A | Dividend | | | Sold (part) | 08/30/19 | J | A | |
| 91. | | | | | Sold (part) | 11/05/19 | J | A | |
| 92. | | | | | Sold | 11/27/19 | K | A | |
| 93.  Federated Kaufman (KAUIX) | | None | | | Buy (add'l) | 04/29/19 | J | | |
| 94. | | | | | Sold | 11/05/19 | K | A | |
| 95.  First Capital Strength Series 41 | A | Dividend | K | T | | | | | |
| 96.  First Trust Tech Select Series 71 | A | Dividend | L | T | | | | | |
| 97.  First Trust Dividend Series 41 | B | Dividend | K | T | | | | | |
| 98.  American Funds Growth Class C (GWPCX) | C | Dividend | L | T | | | | | |
| 99.  Principal Blue Chip Class C (PBLCX) | C | Dividend | L | T | | | | | |
| 100.  Federated ST Income Class Y N/L (FSTYX) | A | Dividend | J | T | | | | | |
| 101.  Broadway Prom LLC | | None | J | T | | | | | |
| 102.  St. George Island, FL (8/30/2018) | E | Rent | P1 | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Blackrock Mid Cap Growth (CMGIX) | A | Dividend | K | T | Buy | 05/28/19 | J | | |
| 104.  Blackrock Equity Dividend (MADVX) | B | Dividend | K | T | Buy | 05/28/19 | K | | |
| 105.  Alphabet Inc (GOOGL) | | None | J | T | Buy | 12/18/19 | J | | |
| 106.  American Tower REIT (AMT) | | None | J | T | Buy | 12/18/19 | J | | |
| 107.  Analog Devices (ADI) | A | Dividend | K | T | Buy | 03/07/19 | J | | |
| 108. | | | | | Buy<br>(add'l) | 03/13/19 | J | | |
| 109. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |
| 110. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 111. | | | | | Sold<br>(part) | 11/29/19 | J | A | |
| 112.  Apple (APPL) | A | Dividend | K | T | Buy | 03/14/19 | J | | |
| 113. | | | | | Buy<br>(add'l) | 09/17/19 | K | | |
| 114. | | | | | Buy<br>(add'l) | 11/27/19 | J | | |
| 115.  AT&T (T) | A | Dividend | K | T | Buy | 06/17/19 | J | | |
| 116. | | | | | Buy<br>(add'l) | 11/21/19 | J | | |
| 117.  Benton Dickinson (BDX) | | None | J | T | Buy | 12/19/19 | J | | |
| 118.  Centene (CNC) | | None | K | T | Buy | 12/18/19 | J | | |
| 119. | | | | | Buy<br>(add'l) | 12/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Cisco (CSCO) | | None | K | T | Buy | 10/17/19 | J | | |
| 121. | | | | | Buy<br>(add'l) | 11/05/19 | J | | |
| 122. Disney (DIS) | | None | J | T | Buy | 12/13/19 | J | | |
| 123. | | | | | Buy<br>(add'l) | 12/18/19 | J | | |
| 124. Diamondback Energy (FANG) | A | Dividend | | | Buy | 04/22/19 | K | | |
| 125. | | | | | Sold | 08/09/19 | J | A | |
| 126. Paypal (PYPL) | | None | | | Buy | 05/30/19 | J | | |
| 127. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 128. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 129. | | | | | Buy<br>(add'l) | 09/03/19 | J | | |
| 130. | | | | | Sold | 11/05/19 | K | A | |
| 131. Thermo Fisher Scientific (TMO) | A | Dividend | K | T | Buy | 04/18/19 | J | | |
| 132. | | | | | Buy<br>(add'l) | 04/26/19 | J | | |
| 133. | | | | | Buy<br>(add'l) | 06/07/19 | J | | |
| 134. | | | | | Buy<br>(add'l) | 07/16/19 | J | | |
| 135. | | | | | Buy<br>(add'l) | 09/03/19 | J | | |
| 136. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 12/18/19 | J | B | |
| 138. Ishares Russell 1000 (IWF) | A | Dividend | K | T | Buy | 11/16/19 | K | | |
| 139. | | | | | Sold (part) | 12/18/19 | J | A | |
| 140. Putnam Diversified (PDVYX) | A | Dividend | J | T | Buy | 02/05/19 | J | | |
| 141. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 142. SPDR Dow Jones (DIA) | A | Dividend | | | Buy | 01/02/19 | J | | |
| 143. | | | | | Buy (add'l) | 02/06/19 | K | | |
| 144. | | | | | Sold (part) | 06/07/19 | K | A | |
| 145. | | | | | Sold (part) | 06/17/19 | J | A | |
| 146. | | | | | Sold (part) | 06/20/19 | J | A | |
| 147. | | | | | Sold | 07/02/19 | J | B | |
| 148. Sector SPD Utilities | A | Dividend | J | T | Buy | 12/18/19 | J | | |
| 149. SPDR Gold Trust | | None | K | T | Buy | 07/02/19 | J | | |
| 150. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 151. | | | | | Buy (add'l) | 08/09/19 | J | | |
| 152. | | | | | Buy (add'l) | 08/30/19 | J | | |
| 153. | | | | | Sold (part) | 12/18/19 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  AQR Large Cap Defen (AUEIX) | A | Dividend | J | T | Buy | 11/25/19 | J | | |
| 155.  Pimco Low Duration (PLDPX) | A | Dividend | J | T | Buy | 11/22/19 | J | | |
| 156.  T Rowe Price US Equity Research (PRCOX) | A | Dividend | J | T | Buy | 08/13/19 | J | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grandy, Laura K.** | 05/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II
Line 1  Payments on percentage of collections of fees for work performed and generated by Judge prior to departure,


Part VII
Northwestern Mutual Variable Annuity
Line 2 - 7  Statemenss provided do not report the amount of dividend received for the individual investments


| Line | From | To | Shares |
|---|---|---|---|
| 13 | KLCCX | KLCAX | All |
| 23 | CIPMX | CIPIX | All |


Line 40 -Residential Real Property which is currently occupied by mother.  No income received.
Line 41 Commercial Real Property showed a net loss on Schedule K-1.
Line 101 Broadway Prom LLC Partnership showed a net loss on Schedule K-1

Prepared by Janet Frederking
Phone 618-236-1903

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laura K. Grandy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544